RECEIVED
IN ALEXANDRIA, LA.

NOV 21 2013

TONY R. MOORE, CLERK
_____
           DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| THOMAS EUGENE SHOEMAKE, JR., Appellant | CIVIL ACTION NO. 2:12-CV-02743 |
| VERSUS | |
| COMMISSIONER OF SOCIAL SECURITY, Appellee | JUDGE JAMES T. TRIMBLE MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Shoemake's appeal is GRANTED, the final decision of the Commissioner is VACATED, and the case is REMANDED to the Commissioner for a determination of Shoemake's correct residual functional capacity both before and after his most recent shoulder and hip operations, and to determine whether there are any jobs which Shoemake can perform given his true impairments.

THUS ORDERED AND SIGNED in Chambers at _Alexandria_____, Louisiana, on this _21st_ day of _November_____ 2013.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE