RECEIVED

MAR - 6 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| SHOEMAKE | CIVIL ACTION 12-2743 |
| VERSUS | DISTRICT JUDGE TRIMBLE |
| COMMISSIONER | MAGISTRATE JUDGE  KIRK |

JUDGMENT

Considering the foregoing Motion for Attorney's fees pursuant to the Equal Access to

Justice Act, and concurring with the Magistrate Judge's Recommendation, there having been no

objections to it filed,

IT IS ORDERED that plaintiff  be awarded attorney's fees in the amount of $4,125

payable on his behalf to his attorney.

Thus done and signed on the ___6th___ day of ___March_____ 2014.

_____
H̸on. James T. Trimble, Jr.
U̸. S. District Judge